Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Bethany Wang Balchunas
Assistant Federal Public Defender
California State Bar No. 343342
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Bethany_WangBalchunas@fd.org


*Attorney for Petitioner Ricardo D. McLean

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Ricardo D. McLean,<br><br>    Petitioner,<br><br>    v.<br><br>Pamela Bondi, *et al.*,<br><br>    Respondents. | Case No. 2:26-cv-00782-GMN-BNW<br><br>**Unopposed Motion for Extension of Time to File Briefing**<br><br>**(First Request)** |

Petitioner Ricardo D. McLean and Respondents, through undersigned counsel, hereby stipulate and jointly request that this Court extend the current briefing deadlines in this matter by four days. This is the parties' first request for an extension of time.

Counsel entered her appearance on behalf of Petitioner on March 23, 2026, ECF No. 6, and promptly coordinated with the Nevada Southern Detention Center to schedule an initial meeting with Petitioner. Friday, March 27, 2026, was the earliest date that counsel could meet with Petitioner. Thus, to ensure that counsel is able to meet with Petitioner prior to filing the amended petition, counsel seeks a four-day extension of the filing deadline.

On March 26, 2026, Petitioner's counsel conferred with Ashlee Hesman, counsel for Respondent John Mattos, who indicated that she had no objection to such extension. On the same date, Petitioner's counsel conferred with Tamer B. Botros, counsel for the government, who agreed to a four-day extension of all briefing deadlines.

Accordingly, the parties respectfully request that the Court approve this stipulation and amend the briefing schedule as follows: the deadline for filing an amended petition is extended from March 27, 2026, to March 31, 2026; the deadline for filing the response to the amended petition is extended from April 3, 2026, to April 7, 2026; and the deadline for filing the reply is extended from April 10, 2026, to April 14, 2026.

This request is made in good faith and not for the purpose of delay.

Dated March 26, 2026.

Respectfully submitted,

Rene L. Vallders
Federal Public Defender

/s/ Bethany Wang Balchunas
Bethany Wang Balchunas
Assistant Federal Public Defender

**IT IS HEREBY ORDERED** that Petitioner must file their Amended Petition no later than March 31, 2026.

**IT IS FURTHER ORDERED** that Respondents must file their Response to the Amended Petition no later than April 7, 2026.

**IT IS FURTHER ORDERED** that Petitioner must file their Reply to Respondents' Response no later than April 14, 2026.

**DATED** this __27__ day of March, 2026.

Gloria M. Navarro, District Judge
United States District Court