Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Bethany Wang Balchunas
Assistant Federal Public Defender
California State Bar No. 343342
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Bethany_WangBalchunas@fd.org


*Attorney for Petitioner Ricardo D. McLean

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Ricardo D. McLean,

        Petitioner,

    v.

Pamela Bondi, *et al.*,

        Respondents.

Case No. 2:26-cv-00782-GMN-BNW

**Order Granting Stipulation for Extension of Time to File Briefing**

      Petitioner Ricardo D. McLean and Respondents, through undersigned counsel, hereby stipulate and jointly request that this Court extend the current briefing deadlines in this matter by six days. This is the parties' second request for an extension of time.

      On March 26, 2026, counsel for Mr. McLean filed an unopposed motion for a four-day extension of all briefing deadlines in this matter to permit counsel to meet with Mr. McLean prior to filing the amended petition. ECF No. 8. On March 27, 2026, this Court granted that motion, extending the deadline for filing the amended petition to March 31, 2026. ECF No. 9.

On March 27, 2026, undersigned counsel met with Mr. McLean. Mr. McLean informed counsel that he had requested that an immigration judge review the custody determination in his case, and that he has a hearing in immigration court set for April 2, 2026. Counsel for Mr. McLean therefore seeks a six-day extension of the March 31, 2026, deadline, which would permit the immigration court to address Mr. McLean's request for custody redetermination before he files an amended petition.

Accordingly, the parties respectfully request that the Court approve this stipulation and amend the briefing schedule as follows: the deadline for filing an amended petition is extended from March 31, 2026, to April 6, 2026; the deadline for filing the response to the amended petition is extended from April 7, 2026, to April 13, 2026; and the deadline for filing the reply is extended from April 14, 2026, to April 20, 2026.

///

///

///

2

This request is made in good faith and not for the purpose of delay.

Dated March 31, 2026.

Respectfully submitted,

Rene L. Valladeres                          Todd Blanche
Federal Public Defender                     Deputy Attorney General of the
                                            United States

/s/ Bethany Wang Balchunas                  /s/ Tamer B. Botros
Bethany Wang Balchunas                      Tamer B. Botros
Assistant Federal Public Defender           Assistant United States Attorney


STRUCK LOVE ACEDO, PLC


/s/ Ashlee B. Hesman
Ashlee B. Hesman
3100 West Ray Road, Suite 300
Chandler, AZ 85226
ahesman@strucklove.com

Attorney for Respondent John
Mattos

    **IT IS HEREBY ORDERED** that Petitioner must filed their Amended Petition no later than April 6, 2026.

    **IT IS FURTHER ORDERED** that Respondents must file their Response to the Amended Petition no later than April 13, 2026.

    **IT IS FURTHER ORDERED** that Petitioner must file their Reply to Respondents' Response no later than April 20, 2026.

    **DATED** this __3__ day of April, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

3