TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
JAMES R. SWEETIN
Assistant United States Attorney
Nevada Bar No. 5144
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Fax: (702) 388-6787
james.sweetin@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Ricardo D. McLean, | Case No. 2:26-cv-00782-GMN-BNW |
| Petitioners, | **Order Granting Joint Stipulation for Extension of Time for Federal Respondents to File a Response to the Amended Petition for Writ of Habeas Corpus (ECF No. 12) and Motion for Temporary Restraining Order (ECF No. 13)** |
| v. | |
| John Mattos, Michael Bernacke, Kerri Ann Quihuis, Todd Lyons, Markwayne Mullin, and Todd Blanche, | |
| Respondents. | **(First Request)** |

Petitioner Ricardo D. McLean ("Petitioner") and Federal Respondents Michael Bernacke, Kerri Ann Quihuis, Todd Lyons, Markwayne Mullin, and Todd Blanche ("Federal Respondents"), through undersigned counsel, hereby submit this Stipulation for an extension of time for Federal Respondents to file a response to the Amended Petition for Writ of Habeas Corpus ("Petition"), ECF No. 12 and Motion for Temporary Restraining Order, ECF No. 13, extending the deadline from April 13, 2026, to April 15, 2026. Federal Respondents need this additional time to receive records and information from the Agency pertinent to the response. Federal Respondents conferred with Petitioner's counsel regarding an extension, and Petitioner's counsel agreed. Petitioner's counsel indicated that she would object to further extension requests. This is the first request for an extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file a response to the Amended

Petition and Motion from April 13, 2026, to April 15, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 13th day of April 2026.

Rene L. Valladares
Federal Public Defender

TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant United States Attorney

/s/Bathany Wang Balchunas
Bethany Wang Balchunas
Assistant Federal Public Defender
California State Bar No. 343342
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Bethany_WangBalchunas@fd.org

/s/ James R. Sweetin
JAMES R. SWEETIN
Assistant United States Attorney

**IT IS SO ORDERED:**

**DATED** this __14__ day of April, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

2