Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Bethany Wang Balchunas
Assistant Federal Public Defender
California State Bar No. 343342
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Bethany_WangBalchunas@fd.org

*Attorney for Petitioner Ricardo D. McLean

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Ricardo D. McLean,

          Petitioner,

        v.

John Mattos, Michael Bernacke, Kerri Ann Quihuis, Todd Lyons, Markwayne Mullin, and Todd Blanche,

          Respondents.

Case No. 2:26-cv-00782-GMN-BNW

**Order Granting Stipulation for Extension of Time to File Reply in Support of Motion for Temporary Restraining Order (ECF No. 13) and Response to the Government's Motion to Dismiss (ECF No. 19)**

**(First Request)**

Petitioner Ricardo D. McLean and Respondents, through undersigned counsel, hereby stipulate and jointly request that this Court grant a seven-day extension of the current April 20, 2026, deadline for Mr. McLean to file a reply in support of his motion for a temporary restraining order and a response to the government's motion to dismiss. This is the first request for an extension of this briefing deadline.

On March 26, 2026, counsel for Mr. McLean sought a four-day extension of all briefing deadlines in this matter so that she could meet with Mr. McLean prior to

filing the amended petition. ECF No. 8; *see also* ECF No. 9 (order granting unopposed motion for extension of time). On March 31, 2026, the parties stipulated to a further six-day extension of all briefing deadlines in this matter because Mr. McLean had informed counsel that he had a hearing in immigration court set for April 2, 2026. ECF No. 10; *see also* ECF No. 11 (order granting stipulation for extension of time).

At Mr. McLean's April 2, 2026, hearing, the immigration judge did not rule on Mr. McLean's request for review of his custody determination. Hence, on April 6, 2026, Mr. McLean filed a first amended petition for a writ of habeas corpus and motion for a temporary restraining order. ECF Nos. 12, 13.

On April 15, 2026, the government filed a response to Mr. McLean's motion for a temporary restraining order, ECF No. 18, as well as a motion to dismiss the first amended petition, ECF No. 19.

On April 16, 2026, Mr. McLean informed his counsel that he had received notice that a custody redetermination hearing has been set in his case for April 23, 2026. Counsel for Mr. McLean therefore seeks a seven-day extension of the current April 20, 2026, deadline to permit the immigration court to rule on Mr. McLean's request for custody redetermination at the April 23, 2026, hearing.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Mr. McLean to file a reply in support of his motion for a temporary restraining order and a response to the government's motion to dismiss from April 20, 2026, to April 27, 2026.

///

///

///

2

This request is made in good faith and not for the purpose of delay.

Dated April 16, 2026.

Respectfully submitted,

Rene L. Valladeres
Federal Public Defender

Todd Blanche
Acting Attorney General of the
United States

/s/ *Bethany Wang Balchunas*

Bethany Wang Balchunas
Assistant Federal Public Defender

/s/ *James R. Sweetin*

James R. Sweetin
Assistant United States Attorney

STRUCK LOVE ACEDO, PLC

/s/ *Ashlee B. Hesman*

Ashlee B. Hesman
3100 West Ray Road, Suite 300
Chandler, AZ 85226
ahesman@strucklove.com

Attorney for Respondent John
Mattos

IT IS SO ORDERED:

**DATED** this __17__ day of April, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court