Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Bethany Wang Balchunas
Assistant Federal Public Defender
California State Bar No. 343342
411 E. Bonneville Ave. Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
Bethany_WangBalchunas@fd.org


*Attorney for Petitioner Ricardo D. McLean

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Ricardo D. McLean,<br><br>    Petitioner,<br><br>  v.<br><br>John Mattos, Michael Bernacke, Kerri Ann Quihuis, Todd Lyons, Markwayne Mullin, and Todd Blanche,<br><br>    Respondents. | Case No. 2:26-cv-00782-GMN-BNW<br><br>**Order Granting Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)** |

On April 22, 2026, the immigration court held a bond hearing in Petitioner Ricardo D. McLean's case at which Mr. McLean was granted bond. Accordingly, Mr. McLean and Respondents, through undersigned counsel, hereby stipulate to dismiss this action without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated April 27, 2026.

Respectfully submitted,

Rene L. Valladeres
Federal Public Defender

Todd Blanche
Acting Attorney General of the
United States

/s/ Bethany Wang Balchunas
Bethany Wang Balchunas
Assistant Federal Public Defender

/s/ James R. Sweetin
James R. Sweetin
Assistant United States Attorney

STRUCK LOVE ACEDO, PLC

/s/ Ashlee B. Hesman
Ashlee B. Hesman
3100 West Ray Road, Suite 300
Chandler, AZ 85226
ahesman@strucklove.com

Attorney for Respondent John Mattos

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice.

The Clerk of Court is kindly directed to close this case.

**DATED** this __28__ day of April, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

2